UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

GE HFS HOLDINGS, INC., )
*formerly known as* )
HELLER HEALTHCARE FINANCE, INC. )
    Plaintiff, )
)
*vs.* ) Civil Action No.
)
NATIONAL UNION FIRE INSURANCE )
COMPANY OF PITTSBURGH, PA. )
    Defendant. ) **05 11128 NG**

## CORPORATE DISCLOSURE STATEMENT

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), by its undersigned counsel, Sullivan & Worcester LLP, as and for its Local Rule 7.3 and Fed. R. Civ. P. 7.1 corporate disclosure states that Heller s is a wholly owned subsidiary of Heller Healthcare Finance Holdings, Inc.; which is a wholly owned subsidiary of Heller Financial, Inc.; which is a wholly owned subsidiary of General Electric Capital Corporation; which is a wholly owned subsidiary of General Electric Capital Services; which is a wholly owned subsidiary of General Electric Company.

{B0406209; 1}

                    Respectfully submitted,

                    GE HFS HOLDINGS, INC.,
                    formerly known as
                    HELLER HEALTHCARE FINANCE, INC.,

                    By its attorneys,

                    */s/ Jeffrey E. Francis*

                    Gayle P. Ehrlich (BBO # 546861)
                    Jeffrey E. Francis (BBO # 639944)
                    SULLIVAN & WORCESTER LLP
                    One Post Office Square
                    Boston, Massachusetts 02109
                    (617) 338-2800
                    jfrancis@sandw.com

May **31**, 2005

{B0406209; 1}