# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

GE HFS HOLDINGS, INC.
formerly known as
HELLER HEALTHCARE FINANCE, INC.,
              Plaintiff,
V.
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.
              Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 11128 NG**

TO: (Name and address of Defendant)

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA
175 Water Street
New York, New York 10038-4918

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey E. Francis, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: SARAH A. THORNTON

DATE: 5-31-05

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 6/6/2005 |
| NAME OF SERVER *(PRINT)* Leonard Milligan | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): In Hand, Personal Service on Karey Lucky, Administrative Assistant, Legal Department, Massachusettes Dept. of Insurance, on Behalf of the Commissioner.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/6/2005
             Date

Signature of Server

6 Beacon Street, Boston, MA 02108
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.