UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC.,<br>formerly known as<br>HELLER HEALTHCARE FINANCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br><br>Defendant. | Civil Action No. 05-11128-NG |

## CORPORATE DISCLOSURE STATEMENT

Defendant, National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), as and for its Local Rule 7.3 and Fed. R. Civ. P. 7.1 corporate disclosure states that National Union is a wholly owned subsidiary of American International Group, Inc.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA
By its attorneys,

Dated: August 3, 2005

/s/ Mary Patricia Cormier
John D. Hughes (BBO# 243660)
Mary Patricia Cormier (BBO# 635756)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
Tel: (617) 439-4444
Fax: (617) 439-4170

## CERTIFICATE OF SERVICE

I, Mary Patricia Cormier, hereby certify that on this 3rd day of August, 2005, I served a copy of the foregoing document via first class mail, postage prepaid to Gayle P. Ehrlich and Jeffrey E. Francis, Sullivan & Worcester LLP, One Post Office Square, Boston, MA 02109.

/s/ Mary Patricia Cormier
Mary Patricia Cormier

BOS_497931_1/MCORMIER