UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

**GE HFS HOLDINGS, INC.,**

v.

CA/CR No. 05-11128 -NG

**NATIONAL UNION FIRE INS.,**

Criminal Category _____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge **DEIN** for the following proceedings:

**( )**          Referred for full pretrial case management, including all dispositive motions.

**(XX )**        **Referred for full pretrial case management, <u>not</u> including dispositive motions:**

(A)          Referred for discovery purposes only.

(B)          Referred for Report and Recommendation on:

              ( ) Motion(s) for injunctive relief
              ( ) Motion(s) for judgment on the pleadings
              ( ) Motion(s) for summary judgment
              ( ) Motion(s) to permit maintenance of a class action
              ( ) Motion(s) to suppress evidence
              ( ) Motion(s) to dismiss
              ( ) Post Conviction Proceedings[1]
              See Documents Numbered: _____

(C)          Case referred for events only.  See Doc. No(s). _____

(D)          Case referred for settlement.

(E)          Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
              ( ) In accordance with Rule 53, F.R.Civ.P.
              ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(F)          **Special Instructions:** _____

              _____

              _____

8/5/05 _____                              By:    s/ Maryellen Molloy _____
Date                                                        Deputy Clerk

_____

1