UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., <br> *formerly known as* <br> HELLER HEALTHCARE FINANCE, INC. <br> Plaintiff, <br><br> *vs.* <br><br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH, PA. <br> Defendant. | Civil Action No. 05-11128 NG |

## JOINT STATEMENT AND DISCOVERY PLAN

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), and defendant National Union Fire Insurance Company of Pittsburgh, PA., ("National Union") hereby jointly submit this joint statement and discovery plan:

**I.  Rule 26(f) Conference of the Parties**

Pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(b), counsel for Heller and counsel for National Union spoke on August 25, 2005 to discuss: (i) the nature and basis of their claims and defenses; (ii) the possibility of settlement or resolution of the case; (iii) arrangements for the disclosures required by Rule 26(a)(1); (iv) a proposed pretrial plan for the case that includes a discovery plan; (v) an agenda of items, if any, to be discussed at the scheduling conference; and (vi) whether they will consent to trial by magistrate judge.

**II.  Local Rule 16.1 Settlement Proposal**

Pursuant to Local Rule 16.1, on September 2, 2005, counsel for Heller presented a written settlement proposal to counsel for National Union.

{B0438655; 1}

### III. Proposed Joint Schedule

| EVENT | DATE |
| --- | --- |
| Initial Disclosure served, including production of identified documents | September 28, 2005 |
| Completion of Fact Discovery | July 1, 2006 |
| Expert Reports | August 1, 2006 |
| Rebuttal Expert Reports | August 21, 2006 |
| Complete Expert Depositions | September 15, 2006 |
| Motions for Summary Judgment Filed | November 15, 2006 |
| Oppositions to Summary Judgment Filed | December 15, 2006 |
| Final Pre-Trial Conference | To be scheduled at Court's Convenience |

### IV. Modification of Scheduled Dates

All dates set forth herein may be modified by written agreement of the parties with approval of the Court.

### V. Trial by Magistrate

The parties are not willing to consent to a trial by magistrate judge.

### VI. Certifications

Counsel for the parties certify that they have conferred with their respective clients with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation and to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

{B0438655; 1}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| GE HFS HOLDINGS, INC., *formerly known as* HELLER HEALTHCARE FINANCE, INC., | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. |
| By its attorneys, | By its attorneys, |
| /s/ Jeffrey E. Francis<br>Gayle P. Ehrlich (BBO # 546861)<br>Jeffrey E. Francis (BBO # 639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>jfrancis@sandw.com | /s/ Mary Patricia Cormier<br>John D. Hughes (BBO # 243660)<br>Mary Patricia Cormier (BBO # 635756)<br>EDWARDS & ANGELL, LLP<br>101 Federal Street<br>Boston, Massachusetts 02110<br>(617) 439-4444 |

September 7, 2005

{B0438655; 1}