UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS )<br>*formerly known as* )<br>HELLER HEALTHCARE FINANCE, INC. )<br>   )<br>   Plaintiff, )<br>   )<br>   v. )<br>   )<br>NATIONAL UNION FIRE INSURANCE )<br>COMPANY OF PITTSBURGH, PA. )<br>   )<br>   Defendants. ) | CIVIL ACTION NO.<br>05-11128-JGD |

## SCHEDULING ORDER

September 15, 2005

DEIN, U.S.M.J.

After a status conference held today in accordance with Fed. R. Civ. P. 16(a), it is hereby ORDERED as follows:

1. The matter shall be referred to ADR for mediation in **January 2006**, if possible.

2. Fact discovery shall be completed by **April 3, 2006.**

3. The next status conference is scheduled for **Tuesday, March 14, 2006, at 2:30 P.M.**  At that time, the parties shall be prepared to discuss:

    (a) The status of the case;
    (b) Scheduling for the remainder of the case through trial;
    (c) Consent to trial before the Magistrate Judge.

4.  The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph three (3) above. The parties should indicate if an agreement has been reached to further use of ADR or to having the matter tried by the Magistrate Judge. The respective positions of each party do not have to be identified.

/s/ Judith Gail Dein
_____
Judith Gail Dein
United States Magistrate Judge