UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GE HFS HOLDINGS | ) | |
| *formerly known as* | ) | |
| HELLER HEALTHCARE FINANCE, INC. | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. |
| v. | ) | 05-11128-NG |
| | ) | |
| NATIONAL UNION FIRE INSURANCE | ) | |
| COMPANY OF PITTSBURGH, PA. | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER OF REFERENCE
# FOR
# ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case for the following ADR program **to be held in January 2006:**

| | | | |
|---|---|---|---|
| _____ | SCREENING CONFERENCE | _____ | EARLY NEUTRAL EVALUATION |
| __X__ | MEDIATION | _____ | MINI-TRIAL |
| _____ | SUMMARY BENCH/JURY TRIAL | _____ | SETTLEMENT CONFERENCE |
| _____ | SPECIAL MASTER | | |
| _____ | PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM | | |

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

/s/ Judith Gail Dein

September 15, 2005
DATE

JUDITH GAIL DEIN
UNITED STATES MAGISTRATE JUDGE

## CASE CATEGORY

| | | | | |
|---|---|---|---|---|
| Admiralty | _____ | | Antitrust | _____ |
| Civil Rights | _____ | | Contract | _____ |
| Copyright/Trademark/Patent | _____ | | Environmental | _____ |
| ERISA | _____ | | FELA | _____ |
| Labor Relations | _____ | | Medical Malpractice | _____ |
| Personal Injury | ✓ | | Product Liability | _____ |
| Shareholder Dispute | _____ | | | |
| Other | _____ | | | |

Case 1:05-cv-11128-NG   Document 12   Filed 09/15/2005   Page 2 of 2