UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., *Formerly known as* HELLER HEALTHCARE FINANCE, INC., Plaintiff<br><br>And<br><br>MICHAEL INGOLDSBY and MARY LEE INGOLDSBY, Intervenors/Plaintiffs<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, Defendant. | Civil Action No.: 05-CV-11128-NG |

## NOTICE OF APPEARANCE

### TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance for Plaintiffs-in-Intervention Michael Ingoldsby and Mary Lee Ingoldsby in the above-captioned matter.

                                              Respectfully submitted,
                                              MICHAEL INGOLDSBY and
                                              MARY LEE INGOLDSBY
                                              By their Attorney,

                                              <u>/s/ Gregory J. Aceto</u>
                                              Gregory J. Aceto
                                              BBO# 558556
                                              JOHNSON & ACETO, P.C.
                                              67 Batterymarch St., Suite 400
                                              Boston, MA 02110
                                              (617) 728-0888
Dated: October _____, 2005                aceto@johnsonaceto.com

## Certificate of Service

I, Gregory Aceto, hereby certify that on this 7th day of October, 2005, I have forwarded a true and correct copy of the following document:

1)      Notice of Appearance.

via electronic notice to the following:

Gayle P. Ehrlich
Jeffrey Francis
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

John D. Hughes
Mary Patricia Cormier
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110