UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC.,<br>*Formerly known as*<br>HELLER HEALTHCARE FINANCE, INC.,<br>Plaintiff<br><br>And<br><br>MICHAEL INGOLDSBY and<br>MARY LEE INGOLDSBY,<br>Intervenors/Plaintiffs<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br>   Defendant. | Civil Action No.: 05-CV-11128-NG |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE-NAMED COURT:**

Please enter my appearance for Plaintiffs-in-Intervention Michael Ingoldsby and Mary Lee Ingoldsby in the above-captioned matter.

|  | Respectfully submitted,<br>MICHAEL INGOLDSBY and<br>MARY LEE INGOLDSBY<br>By their Attorney,<br><br>/s/ Gregory J. Aceto<br>Gregory J. Aceto<br>BBO# 558556<br>JOHNSON & ACETO, P.C.<br>67 Batterymarch St., Suite 400<br>Boston, MA 02110<br>(617) 728-0888<br>aceto@johnsonaceto.com |
|---|---|
| Dated: October ____, 2005 | |

**Certificate of Service**

I, Gregory Aceto, hereby certify that on this 7th day of October, 2005, I have forwarded a true and correct copy of the following document:

1) Notice of Appearance.

via electronic notice to the following:

Gayle P. Ehrlich
Jeffrey Francis
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

John D. Hughes
Mary Patricia Cormier
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110