UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., <br> *formerly known as* <br> HELLER HEALTHCARE FINANCE, INC. <br>         Plaintiff, <br><br> *vs.* <br><br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH, PA. <br>         Defendant. | Civil Action No. 05-11128 NG |

**STIPULATION ENLARGING TIME TO RESPOND TO MOTION TO INTERVENE**

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), and the potential plaintiffs-in-intervention Michael Ingoldsby and Mary Lee Ingoldsby (the "Ingoldsbys") hereby stipulate and agree that Heller shall have until and including November 4, 2005 to respond to or oppose the Ingoldsbys' Motion to Intervene as Plaintiffs.

Respectfully submitted,

GE HFS HOLDINGS, INC.,
formerly known as
HELLER HEALTHCARE FINANCE, INC.,

By its attorneys,

/s/ Jeffrey E. Francis
Gayle P. Ehrlich (BBO # 546861)
Jeffrey E. Francis (BBO # 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
jfrancis@sandw.com

Respectfully submitted,

MICHAEL INGOLDSBY,
and
MARY LEE INGOLDSBY

By their attorney

/s/ Gregory J. Aceto (by permission JEF)
Gregory J. Aceto (BBO # 558556)
JOHNSON & ACETO P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888
aceto@johnsonaceto.com

{B0453291; 1}