UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC.,<br>*formerly known as*<br>HELLER HEALTHCARE FINANCE, INC.<br>     Plaintiff,<br><br>*vs.*<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br>     Defendant. | Civil Action No. 05-11128 NG |

**STIPULATION ENLARGING TIME
TO RESPOND TO MOTION TO INTERVENE**

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), and the potential plaintiffs-in-intervention Michael Ingoldsby and Mary Lee Ingoldsby (the "Ingoldsbys") hereby stipulate and agree that Heller shall have until and including November 23, 2005 to respond to or oppose the Ingoldsbys' Motion to Intervene as Plaintiffs.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| GE HFS HOLDINGS, INC.,<br>formerly known as<br>HELLER HEALTHCARE FINANCE, INC., | MICHAEL INGOLDSBY,<br>and<br>MARY LEE INGOLDSBY |
| By its attorneys, | By their attorney |
| /s/ Jeffrey E. Francis<br>Gayle P. Ehrlich (BBO # 546861)<br>Jeffrey E. Francis (BBO # 639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, Massachusetts 02109<br>(617) 338-2800<br>jfrancis@sandw.com | /s/ Gregory J. Aceto (by permission JEF)<br>Gregory J. Aceto (BBO # 558556)<br>JOHNSON & ACETO P.C.<br>67 Batterymarch Street, Suite 400<br>Boston, MA 02110<br>(617) 728-0888<br>aceto@johnsonaceto.com |

{B0453291; 1}