UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GE HFS HOLDINGS, INC.,
*formerly known as*
HELLER HEALTHCARE FINANCE, INC.
    Plaintiff

  V.                                                                     CIVIL ACTION
                                                                                  05-11128 NG

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.
    Defendant

## NOTICE OF MEDIATION

      The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to <u>M.J. Joyce London Alexander</u>, for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| **X** | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

      No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR. The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who will be attending with decision making authority and shall be served on all other parties. The parties may also provide copies of pleadings or any other information that may be helpful to the neutral and other parties in preparing for a productive session. Memoranda and other material submitted to the ADR provider shall NOT be filed with, nor revealed to, the Court.

      The ADR proceeding with principals present has been scheduled for **MEDIATION** on **JANUARY 19, 2006 at 10:00 AM** in Courtroom <u>24</u> on the <u>7TH</u> floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                  HONORABLE JOYCE LONDON ALEXANDER
                                  U.S. MAGISTRATE JUDGE

<u>NOVEMBER 15, 2005</u>       <u>/S/ Joyce London Alexander</u>
Date