# UNITED STATES DISTRICT COURT

_____Eastern_____          District of ___Massachusetts___

GE HFS Holdings, Inc., fka
Heller Healthcare Finance, Inc.,Plaintiff
and Michael Ingoldsby, Intervenor/Plaintiff

### SUMMONS IN A CIVIL CASE

V.

National Union Fire Insurance Co. of PA,
and International Insurance Group, LTD,
Defendants.

CASE NUMBER:  O5cv11128NG

TO: (Name and address of Defendant)

International Insurance Group, LTD
125 Broad Street, 4th Floor
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Gregory J. Aceto
Johnson & Aceto, P.C.
67 Batterymarch Street, Suite 400
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

_____          _December 7, 2005_
CLERK                                              DATE

_____
(By) DEPUTY CLERK

DECEMBER 13, 2005

# QUICKSERV
## ALLSTATE PROCESS SERVERS

## RETURN OF SERVICE

*I this day SERVED the within named*   INTERNATIONAL
INSURANCE GROUP, LTD

*by delivering to*                ANTOINETTE LESEUR, RECEPTIONIST,
10:00 AM

**X**   *in hand*

*No.*    125 BROAD STREET, 4TH FLOOR
*in the*  BOSTON         *District of said*  SUFFOLK        *County an attested*
*copy of the SUMMONS AND FIRST AMENDED COMPLAINT IN INTERVENTION*

*Service and travel*        28

*it being necessary I actually used a
motor vehicle in the distance of*
*10     miles in the service of*
*this process*

Process Server