UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., Plaintiff and MICHAEL INGOLDSBY, Intervenor / Plaintiff vs. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INTERNATIONAL INSURANCE GROUP, LTD., Defendants | CIVIL ACTION NO. 05-CV-11128-NG |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DISCLOSURE STATEMENT OF INTERNATIONAL INSURANCE GROUP, LTD.
PURSUANT TO FED. R. CIV. P. 7.1**

The Defendant, International Insurance Group, Ltd., states that there is no parent corporation or publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

INTERNATIONAL INSURANCE
GROUP, LTD, Defendant

By Its Attorney:

_____
Richard E. Heifetz          BBO #229000
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696         FAX 617-227-9191
Dated:   December 27, 2005

I hereby certify that I made service of the foregoing document in accordance with the provisions of Fed. R. Civ. P. 5.