UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., Plaintiff and MICHAEL INGOLDSBY, Intervenor / Plaintiff vs. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and INTERNATIONAL INSURANCE GROUP, LTD., Defendants | * * * * * * * * * * * * | CIVIL ACTION NO. 05-CV-11128-NG |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE OF SYD A. SALOMAN, ESQ.

Kindly enter my appearance on behalf of the defendant, International Insurance Group, Ltd.

Respectfully submitted,

INTERNATIONAL INSURANCE
GROUP, LTD, Defendant

By their Attorney:

/sas/ *Syd A. Saloman*

Syd A. Saloman          BBO #645267
TUCKER, HEIFETZ & SALTZMAN, LLP
Three School Street
Boston, MA 02108
617-557-9696          FAX 617-227-9191
Dated: March 24, 2006