UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., <br> *formerly known as* <br><br> HELLER HEALTHCARE FINANCE, INC., <br><br> Plaintiff, <br><br> and <br><br> MICHAEL INGOLDSBY, <br><br> Intervenor Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and INTERNATIONAL INSURANCE GROUP, LTD. <br><br> Defendants. | Civil Action No. 05-CV-11128 NG |

**ASSENTED TO MOTION TO CONTINUE MEDIATION**

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), hereby respectfully requests that the mediation presently scheduled for April 20, 2006 be continued until May 4, 2006.  In support hereof, Heller states as follows:

1. The present mediation date was inadvertently scheduled for a day that neither counsel for Heller nor Heller's representative can attend because it conflicts with school vacation week.

2. Counsel for Heller has conferred with counsel for all parties and all parties have confirmed their availability on May 4, 2006.

3. Counsel for all other parties have assented to this motion.

{B0479495; 1}

WHEREFORE, Heller respectfully requests that the mediation presently scheduled for April 20, 2006 be continued to May 4, 2006.

        Respectfully submitted,

        GE HFS HOLDINGS, INC.,
        formerly known as
        HELLER HEALTHCARE FINANCE, INC.,

        By its attorneys,

        /s/ Jeffrey E. Francis
        Gayle P. Ehrlich (BBO # 546861)
        Jeffrey E. Francis (BBO # 639944)
        SULLIVAN & WORCESTER LLP
        One Post Office Square
        Boston, Massachusetts 02109
        (617) 338-2800
        jfrancis@sandw.com

April 11, 2006

### Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

        /s/ Jeffrey E. Francis

{B0479495; 1}