UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., <br> *formerly known as* <br><br> HELLER HEALTHCARE FINANCE, INC., <br><br>                Plaintiff, <br> and <br><br> MICHAEL INGOLDSBY, <br><br>            Intervenor Plaintiff, <br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and INTERNATIONAL INSURANCE GROUP, LTD. <br><br>                Defendants. | Civil Action No. 05-CV-11128 NG |

## JOINT STATEMENT

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc., intervenor-plaintiff Michael Ingoldsby, defendant National Union Fire Insurance Company of Pittsburgh, PA., and intervenor-defendant International Insurance Group, Ltd. hereby submit this joint statement for the status conference scheduled for May 2, 2006.

**I.  Status of Matter**

The parties are presently conducting fact discovery.  A mediation between all parties is scheduled for May 4, 2006 before Magistrate Judge Joyce London Alexander.

{B0513742; 2}

## II. Proposed Joint Schedule

| EVENT | DATE |
|---|---|
| Completion of Fact Discovery | September 29, 2006 |
| Expert Reports | October 30, 2006 |
| Rebuttal Expert Reports | November 20, 2006 |
| Complete Expert Depositions | December 15, 2006 |
| Motions for Summary Judgment Filed Not Later Than | January 31, 2007 |
| Oppositions to Summary Judgment Filed Not Later Than | March 1, 2007 |
| Final Pre-Trial Conference | To be scheduled at Court's Convenience |

## III. Trial by Magistrate

The parties are not willing to consent to a trial by magistrate judge.

Respectfully submitted,

GE HFS HOLDINGS, INC.,
*formerly known as*
HELLER HEALTHCARE
FINANCE, INC.,

By its attorneys,

/s/ Jeffrey E. Francis
Gayle P. Ehrlich (BBO # 546861)
Jeffrey E. Francis (BBO # 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
jfrancis@sandw.com

Respectfully submitted,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

By its attorneys,

/s/ Craig E. Stewart
John D. Hughes (BBO # 243660)
Craig E. Stewart (BBO # 480440)
Mary Patricia Cormier (BBO # 635756)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 439-4444
cstewart@eapdlaw.com

{B0513742; 2}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| MICHAEL INGOLDSBY, | INTERNATIONAL INSURANCE GROUP LTD |
| By his attorney, | By its attorney, |
| /s/ Gregory J. Aceto<br>Gregory J. Aceto, Esq. (BBO# 558556)<br>Johnson & Aceto, P.C.<br>67 Batterymarch Street, Ste. 400<br>Boston, MA  02110<br>617-728-0888<br>Aceto@JohnsonAceto.com | /s/ Richard E. Heifetz<br>Richard E. Heifetz, Esq. (BBO# 229000)<br>Tucker, Heifetz & Saltzman, LLP<br>Three School Street<br>Boston, MA  02108<br>617-557-9696<br>Heifetz@ths-law.com |

Dated: April 26, 2006

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 26, 2006.

/s/ Jeffrey E. Francis

{B0513742; 2}