UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

***************************************************************

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a * | |
| HELLER HEALTHCARE FINANCE, INC., * | |
| Plaintiff * | |
| and * | |
| MICHAEL INGOLDSBY, * | CIVIL ACTION |
| Intervenor / Plaintiff * | NO. 05-CV-11128-NG |
| vs. * | |
| * | |
| NATIONAL UNION FIRE INSURANCE COMPANY * | |
| OF PITTSBURGH, PA and * | |
| INTERNATIONAL INSURANCE GROUP, LTD., * | |
| Defendants * | |

***************************************************************

**NOTICE OF CHANGE OF ADDRESS**

TO:   THE CLERK OF THE ABOVE-NAMED COURT:

Effective May 1, 2006, please note the firm's change of address, on behalf of counsel for the Defendant, International Insurance Group, Ltd., in the above-captioned matter for Tucker, Heifetz & Saltzman, LLP from Three School Street to:

Tucker, Heifetz & Saltzman, LLP
100 Franklin Street, Suite 801,
Boston, Massachusetts 02110
Tel:  (617) 557-9696
Fax:  (617) 227-9191

Syd A. Saloman, Esq.
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA  02108
BBO #645267
Tel:  (617) 557-9696
Fax:  (617) 227-9191

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by (hand/mail) on 4/24/06