UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a ) <br> HELLER HEALTHCARE FINANCE, INC., ) <br> ) <br>       Plaintiff, ) <br> and ) <br> ) <br> MICHAEL INGOLDSBY, ) <br> ) <br>       Intervenor Plaintiff, ) <br>    v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA. and ) <br> INTERNATIONAL INSURANCE ) <br> GROUP, LTD., ) <br> ) <br>       Defendants. ) | CIVIL ACTION <br> NO. 05-11128-NG |

## **SCHEDULING ORDER**

Following a status conference held on May 2, 2006 pursuant to Fed. R. Civ. P. 16(a), the Court ORDERS as follows:

1. The court adopts the following schedule agreed upon by the parties:

    a. The parties shall complete all fact discovery by **September 29, 2006**.

    b. By **October 30, 2006**, the parties shall disclose any expert witnesses and serve expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2).

    c. The parties shall serve any rebuttal expert reports by **November 20, 2006**.

    d.    The parties shall complete any expert depositions by **December 15, 2006.**

    e.    By **January 31, 2007**, the parties shall file with the court any motions for summary judgment.

    f.    Any oppositions to motions for summary judgment shall be filed by **March 1, 2007**.

2.    The next status conference will take place on **Thursday, September 21, 2006 at 2:00 p.m.** At that time, the parties shall be prepared to discuss:

    (a)    the status of the case;
    (b)    scheduling for the remainder of the case through trial; and
    (c)    consent to trial before the Magistrate Judge.

3.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. With respect to item (c), the parties shall indicate whether an agreement has been reached to have the matter tried by the Magistrate Judge, but need not identify their respective positions.

                                                        / s / Judith Gail Dein
                                                        Judith Gail Dein
                                                        United States Magistrate Judge

DATED: May 3, 2006