**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

MICHAEL INGOLDSBY & 
GE HFS HOLDINGS, INC.
     Plaintiff(s)

   V.           CIVIL ACTION

N.U.F.I.C. OF PITTSBURGH, PA &     NO. 05-CV-11128-NG
INTERNATIONAL INSURANCE GROUP, LTD
     Defendant(s)

**REPORT RE: REFERENCE FOR
ALTERNATIVE DISPUTE RESOLUTION**

TO MAGISTRATE JUDGE____JUDITH G. DEIN____

[ ] The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X] On  5/19/06   I held the following ADR proceeding:

  _____ SCREENING CONFERENCE _____ EARLY NEUTRAL EVALUATION
  ___X___ MEDIATION       _____ SUMMARY BENCH / JURY TRIAL
  _____ MINI-TRIAL        _____ SETTLEMENT CONFERENCE

  All parties were represented by counsel [except _____]
  The parties were / were not present in person or by authorized corporate officer [except
  _____].
  The case was:

[ ] Settled. Your clerk should enter a ____ day order of dismissal.

[ ] There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. **The parties have reported that do not wish to continue with mediation.**

[ ] Suggested strategy to facilitate settlement:

 6/22/06            /S/ Joyce London Alexander
  DATE            ADR Provider

(ADR Report.wpd - 4/12/2000)            [adrrpt.]