UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| And | ) ) | |
| MICHAEL INGOLDSBY, | ) ) | |
| Intervenor/Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-11128-NG |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., | ) ) ) ) ) ) | |
| Defendants. | ) | |

### DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION FOR SUMMARY JUDGMENT AGAINST INTERVENOR-PLAINTIFF MICHAEL INGOLDSBY

Defendant National Union Fire Insurance Company of Pittsburgh, PA. ("NUFIC") submits this Motion for Summary Judgment with respect to the claims asserted by Intervenor-Plaintiff Michael Ingoldsby ("Ingoldsby") in his First Amended Complaint in Intervention (the "Intervenor Complaint").

For the reasons set forth in the Memorandum of Law, filed herewith, this Court should grant NUFIC's Motion for Summary Judgment.

- 2 -

                              NATIONAL UNION FIRE INSURANCE
                              COMPANY OF PITTSBURGH, PA

                              By its attorneys,

Dated: June 27, 2006               /s/ Joey H. Lee
                              John D. Hughes (BBO# 243660)
                              Mary Patricia Cormier (BBO# 635756)
                              Joey H. Lee (BBO# 663803)
                              EDWARDS ANGELL PALMER
                                  & DODGE LLP
                              111 Huntington Avenue
                              Boston, MA 02199
                              Tel: (617) 239-0100
                              Fax: (617) 227-4420