UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., <br><br> Plaintiff, <br><br> And <br><br> MICHAEL INGOLDSBY, <br><br> Intervenor/Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., <br><br> Defendants. | Civil Action No. 05-CV-11128-NG |

## MOTION OF MADELEINE ESTABROOK, ESQ. AND DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. TO QUASH SUBPOENA AND/OR FOR A PROTECTIVE ORDER

Pursuant to Rule 45(c)(3)(A) of the Federal Rules of Civil Procedure, Madeleine Estabrook, Esq. ("Estabrook") of Edwards Angell Palmer & Dodge LLP ("EAP&D") and Defendant National Union Fire Insurance Company of Pittsburgh, PA. ("NUFIC") hereby move this Court for an Order quashing a subpoena addressed to Estabrook (the "Subpoena"), dated June 29, 2006 and issued by Plaintiff GE HFS Holdings, Inc., f/k/a/ Heller Healthcare Finance ("Heller"). In support of this Motion, Estabrook and NUFIC submit the attached Memorandum of Law and Affidavit of Madeleine Estabrook.

WHEREFORE, Estabrook and NUFIC respectfully ask this Court to quash the Subpoena.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Estabrook and NUFIC hereby request oral argument. In addition, in the interest of resolving this discovery dispute expeditiously, Estabrook and NUFIC hereby request an expedited hearing in this matter.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned hereby certify, pursuant to Local Rule 7.1(a)(2), that counsel for Estabrook and NUFIC have conferred with counsel for Heller and have attempted in good faith to resolve the issues presented in this Motion to Quash the Subpoena but were unable to do so.

MADELEINE ESTABROOK AND
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

By their attorneys,

Dated: July 11, 2006

/s/ Joey H. Lee
John D. Hughes (BBO# 243660)
Mary Patricia Cormier (BBO# 635756)
Joey H. Lee (BBO# 663803)
EDWARDS ANGELL PALMER
  & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

## CERTIFICATE OF SERVICE

I, Joey H. Lee, hereby certify that on this 11th day of July, 2006, that the Motion of Madeleine Estabrook and National Union Fire Insurance Company of Pittsburgh, Pa. to Quash Subpoena and/or for Protective Order, which was electronically filed through the ECF system, will be sent electronically to all attorneys of record for Plaintiffs GE HFS Holdings, Inc., f/k/a Heller Healthcare Finance, Inc. and Michael Ingoldsby on July 11, 2006.

/s/ Joey H. Lee
Joey H. Lee (BBO# 663803)
EDWARDS ANGELL PALMER
 & DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420