UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., <br><br> Plaintiff, <br><br> And <br><br> MICHAEL INGOLDSBY, <br><br> Intervenor/Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-11128-NG |

**ENTRY OF APPEARANCE**

I, Stephen M. Prignano, hereby enter my appearance on behalf of Defendant National Union Fire Insurance Company of Pittsburgh, PA.

                NATIONAL UNION FIRE INSURANCE
                COMPANY OF PITTSBURGH, PA.

                By its attorneys,

Dated: August 3, 2006

/s/ Stephen M. Prignano
Stephen M. Prignano (BBO# 645581)
EDWARDS ANGELL PALMER
   & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Tel: (401) 274-9200
Fax: (401) 276-6611

- 2 -

## CERTIFICATE OF SERVICE

    I, Stephen M. Prignano, hereby certify that on this 3rd day of August, 2006, that the Entry of Appearance, which was electronically filed through the ECF system, will be sent electronically to all attorneys of record for Plaintiff GE HFS Holdings, Inc., f/k/a Heller Healthcare Finance, Inc., Intervenor/Plaintiff Michael Ingoldsby and Defendant International Insurance Group, Ltd. on August 3, 2006.

    /s/ Stephen M. Prignano  
    Stephen M. Prignano (BBO# 645581)  
    EDWARDS ANGELL PALMER  
      &amp; DODGE LLP  
    2800 Financial Plaza  
    Providence, RI 02903  
    Tel: (401) 274-9200  
    Fax: (401) 276-6611