UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC., <br> formerly known as <br> HELLER HEALTHCARE FINANCE, INC. <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE <br> COMPANY OF PITTSBURGH, PA. <br><br> Defendant. | Civil Action No. 05-11128-NG |

## JOINT STATUS REPORT

Pursuant to the Court's August 9, 2006 Order, Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") and Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), hereby submit the following Joint Status Report.

National Union and Heller have reached a settlement in principle that will resolve all claims by Heller against National Union in the instant action. National Union and Heller anticipate that a fully-executed settlement agreement will be completed by October 2006 and ask that the Court permit them to report back on the status of this settlement within forty-five (45) days from the date of this Joint Status Report.

National Union and Heller also request that the Court suspend ruling on the Motion to Quash and Motion to Disqualify by Heller currently pending before the Court.

| | |
|---|---|
| GE HFS HOLDINGS, INC.<br>Formerly known as<br>HELLER HEALTHCARE FINANCE, INC.<br>By its attorneys, | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>By its attorneys, |
| /s/ Jeffrey E. Francis<br>Gayle P. Ehrlich (BBO# 546861)<br>Jeffrey E. Francis (BBO# 639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA 02109<br>Tel: (617) 338-2800<br>Fax: (617) 338-2880 | /s/ Joey H. Lee<br>John D. Hughes (BBO# 243660)<br>Mary Patricia Cormier (BBO# 635756)<br>Joey H. Lee, Esq. (BBO# 663803)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: (617) 239-0100<br>Fax: (617) 227-4420 |