UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., *formerly known as* HELLER HEALTHCARE FINANCE, INC., Plaintiff, and MICHAEL INGOLDSBY, Intervenor Plaintiff, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and INTERNATIONAL INSURANCE GROUP, LTD. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 05-CV-11128 NG |

## JOINT STATUS CONFERENCE STATEMENT

Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), Plaintiff-Intervenor Michael Ingoldsby ("Ingoldsby"), Defendant National Union Fire Insurance Company of Pittsburgh, PA. ("National Union"), and Defendant-Intervenor International Insurance Group, Ltd. ("IIG") hereby submit this joint statement for the status conference scheduled for September 21, 2006.

### I. Status of Matter

National Union and Heller have reached a settlement in principle that will resolve all claims by Heller against National Union in the instant action. National Union and

Heller anticipate that a fully-executed settlement agreement will be completed by October 2006.

On or about June 27, 2006, National Union filed a Motion for Summary Judgment against Ingoldsby. Pursuant a Joint Motion for Continuance signed by counsel for Ingoldsby and National Union and allowed by the Court, Ingoldsby need not file his Opposition to Summary Judgment until October 16, 2006. Further, the above-referenced motion was necessitated by the fact that Ingoldsby has yet to conduct the Rule 30(b)(6) Deposition of National Union as agreed to by the parties.

In light of the foregoing, Ingoldsby re-noticed the Rule 30(b)(6) Depositions of National Union and IIG for September 14 and 15, 2006, respectively. IIG has indicated that it is unavailable on September 15, 2006 and has proposed rescheduling the deposition for either October 16, 17, 18 or 19, 2006. In light of the foregoing, the parties are seeking an additional month in which to complete discovery.

With respect to its Rule 30(b)(6) deposition, National Union has filed a Motion for Protective Order and is seeking that all discovery in this action be stayed pending the Court's ruling on the judicial estoppel portion of National Union's Motion for Summary Judgment. National Union believes that resolution of the judicial estoppel argument will end this case. Ingoldsby plans to oppose the Motion for Protective Order.

## II. Schedule

(National Union's Proposed Schedule)

| EVENT | DATE |
|---|---|
| Hearing on National Union's Motion for Protective Order | To be scheduled at the Court's convenience. |
| Opposition to the Judicial Estoppel Portion of National Union's Motion for Summary Judgment | October 16, 2006 |
| Hearing on the Judicial Estoppel Portion of National Union's Motion for Summary Judgment | To be scheduled at the Court's convenience. |
| Completion of Fact Discovery (if necessary) | To be determined after a ruling on the judicial estoppel portion of National Union's pending Motion for Summary Judgment. |
| Plaintiff's Expert Report (if necessary) | To be determined as indicated above |
| Defendants' Expert Reports (if necessary) | To be determined as indicated above |
| Rebuttal Expert Reports (if necessary) | To be determined as indicated above |
| Complete Expert Depositions (if necessary) | To be determined as indicated above |
| Additional Motions for Summary Judgment Filed (if necessary) | To be determined as indicated above |
| Oppositions to Summary Judgment Filed (if necessary) | To be determined as indicated above |
| Final Pre-Trial Conference | To be scheduled at Court's Convenience |

(Ingoldsby's Proposed Schedule)

| EVENT | DATE |
| --- | --- |
| Completion of Fact Discovery | October 30, 2006 |
| Expert Reports | November 30, 2006 |
| Rebuttal Expert Reports | December 20, 2006 |
| Complete Expert Depositions | January 15, 2006 |
| Motions for Summary Judgment Filed Not Later Than | March 1, 2007 |
| Oppositions to Summary Judgment Filed Not Later Than | April 1, 2007 |
| Final Pre-Trial Conference | To be scheduled at Court's Convenience |

**III. Trial by Magistrate**

The parties are not willing to consent to a trial by magistrate judge.

Respectfully submitted,

GE HFS HOLDINGS, INC.,
*formerly known as*
HELLER HEALTHCARE
FINANCE, INC.,

By its attorneys,

/s/ Jeffrey E. Francis
Gayle P. Ehrlich (BBO # 546861)
Jeffrey E. Francis (BBO # 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
(617) 338-2800
jfrancis@sandw.com

Respectfully submitted,

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.

By its attorneys,

/s/ John D. Hughes
John D. Hughes (BBO # 243660)
John J. Tumilty (BBO # 560017)
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199
(617) 439-4444
jhughes@eapdlaw.com

Respectfully submitted,                    Respectfully submitted,

MICHAEL INGOLDSBY,                   INTERNATIONAL INSURANCE, GROUP
                                     LTD

By his attorney,                           By its attorney,

/s/ Gregory J. Aceto                       /s/ Syd Saloman
Gregory J. Aceto, Esq. (BBO# 558556)       Syd Saloman, Esq. (BBO# 645267)
Johnson & Aceto, LLP                       Tucker, Heifetz & Saltzman, LLP
67 Batterymarch Street, Ste. 400           100 Franklin Street
Boston, MA  02110                          Boston, MA  02110
617-728-0888                               617-557-9696
Aceto@JohnsonAceto.com                     Saloman@ths-law.com

Dated:  September 15, 2006