UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a ) <br> HELLER HEALTHCARE FINANCE, INC., ) <br> ) <br>       Plaintiff, ) <br> and ) <br> ) <br> MICHAEL INGOLDSBY, ) <br> ) <br>       Intervenor Plaintiff, ) <br>   v. ) <br> ) <br> NATIONAL UNION FIRE INSURANCE ) <br> COMPANY OF PITTSBURGH, PA. and ) <br> INTERNATIONAL INSURANCE ) <br> GROUP, LTD., ) <br> ) <br>       Defendants. ) | CIVIL ACTION <br> NO. 05-11128-NG |

## **SCHEDULING ORDER**

Following a status conference held on September 21, 2006 pursuant to Fed. R. Civ. P. 16(a), the Court hereby ORDERS as follows:

1. Defendant National Union Fire Insurance Company of Pittsburgh agrees to withdraw its motion for summary judgment (Docket No. 34) without prejudice.

2. The parties shall complete all fact discovery by **October 31, 2006**.

3. Any motions for summary judgment shall be filed by **November 10, 2006**. Oppositions to motions for summary judgment shall be filed by **December 1, 2006**; any replies shall be filed by **December 8, 2006**.

4. Any concise statement of material facts that is filed pursuant to Local Rule

56.1 in opposition to a motion for summary judgment shall include numbered paragraphs admitting or denying, paragraph by paragraph, the facts contained in the moving party's concise statement of material facts.

    5.    A hearing on motions for summary judgment shall take place on **December 19, 2006 at 2:30 p.m.** in Courtroom #15 on the 5th floor.

                                     / s / Judith Gail Dein  
                                       Judith Gail Dein  
                                       United States Magistrate Judge

DATED: September 22, 2006