UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GE HFS HOLDINGS, INC.,<br>formerly known as<br>HELLER HEALTHCARE FINANCE, INC.<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE<br>COMPANY OF PITTSBURGH, PA.<br><br>Defendant. | Civil Action No. 05-11128-NG |

## JOINT STATUS REPORT

Pursuant to the Court's August 30, 2006, Electronic Order regarding the August 29, 2006, Joint Status Report of Plaintiff GE HFS Holdings, Inc., formerly known as Heller Healthcare Finance, Inc. ("Heller"), and Defendant National Union Fire Insurance Company of Pittsburgh, PA. ("National Union") Heller and National Union submit this further Joint Status Report regarding the status of the claims by Heller.

**Heller's Statement:**

On September 29, 2006, National Union and Heller executed a settlement agreement that resolves all claims by Heller against National Union in this action. The Settlement Agreement required that National Union deliver the settlement sum to Heller upon execution of the Settlement Agreement. To date payment has not been received.

**National Union's Statement:**

National Union and Heller have executed a settlement agreement that resolves all claims by Heller against National Union in this action. The settlement between National Union and Heller will be consummated upon delivery of payment by National Union to

{B0564041; 1}

Heller of the settlement sum. National Union and Heller also have reached agreement on the form of a Stipulation of Partial Dismissal as to Heller's claims and are awaiting the approval of Ingoldsby and IIG as to the form of that stipulation. Once National Union and Heller obtain that approval from Ingoldsby and IIG, National Union they will execute and file the Stipulation of Partial Dismissal. If Ingoldsby refuses to agree to and sign the Stipulation of Partial Dismissal, National Union and Heller will jointly move for the dismissal of Heller's claims with prejudice, but without costs or attorneys fees.

| | |
|---|---|
| GE HFS HOLDINGS, INC.<br>Formerly known as<br>HELLER HEALTHCARE FINANCE, INC.<br>By its attorneys, | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br>By its attorneys, |
| /s/ Jeffrey E. Francis<br>Gayle P. Ehrlich (BBO# 546861)<br>Jeffrey E. Francis (BBO# 639944)<br>SULLIVAN & WORCESTER LLP<br>One Post Office Square<br>Boston, MA 02109<br>Tel: (617) 338-2800<br>Fax: (617) 338-2880 | /s/ Joey H. Lee<br>John D. Hughes (BBO# 243660)<br>Mary Patricia Cormier (BBO# 635756)<br>Joey H. Lee, Esq. (BBO# 663803)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, MA 02199<br>Tel: (617) 239-0100<br>Fax: (617) 227-4420 |

Dated: October 13, 2006

{B0564041; 1}

BOS_555951_1