UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GE HFS HOLDINGS, INC. *formerly known as* HELLER HEALTHCARE FINANCE, INC., Plaintiff, and MICHAEL INGOLDSBY, Intervenor Plaintiff, v. NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA. and INTERNATIONAL INSURANCE GROUP, LTD. Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-CV-11128 NG |

**RESPONSE OF GE HFS HOLDINGS, INC. TO
OPPOSITION OF DEFENDANT NATIONAL UNION FIRE
INSURANCE COMPANY OF PITTSBURGH, PA TO PLAINTIFF
GE HFS HOLDINGS, INC.'S EMERGENCY MOTION TO
MAKE PAYMENT PURSUANT TO SETTLEMENT AGREEMENT
TOGETHER WITH ATTORNEYS' FEES, COSTS AND INTEREST**

GE HFS Holdings, Inc. ("GE HFS") responds to the Opposition of Defendant National

Union Fire Insurance Company of Pittsburgh, PA ("National Union") to Plaintiff GE HFS

Holdings, Inc.'s Emergency Motion to Make Payment Pursuant to Settlement Agreement

Together with Attorneys' Fees, Costs and Interest (the "Opposition"), stating as follows:

1.      On or about October 23, 2006, after numerous demands, which were either not

responded to or met with delay and/or unfulfilled promises of future performance, GE HFS filed

its Emergency Motion to Compel National Union Fire Insurance Company of Pittsburgh, PA to

Make Payment Pursuant to Settlement Agreement Together with Attorneys' Fees, Costs and

Interest.  GE HFS has been harmed as a result of the: (i) incurrence of additional legal fees

resulting from National Union's dilatory tactics in breach of the explicit promise to pay; and (ii)

the loss of the use of the Settlement Sum for thirty-one (31) days.[1]

2.       On or about October 27, 2006, National Union filed the Opposition.

3.       After filing the Motion, the Settlement Sum check was finally received on

October 31, 2006.

4.       The Opposition contains false and baseless assertions by National Union as to

why the Court should deny the Motion.

5.       National Union asserts that GE HFS waived the right to payment upon execution

of the Settlement Agreement because GE HFS insisted at the last minute and without prior

notice to National Union that it would require delivery of the executed Settlement Agreement in

September and as a result National Union was unprepared to deliver the Settlement Sum as

required under the terms of the Settlement Agreement.  In fact, by and through the Opposition,

National Union admits to entering into the Settlement Agreement with the intent of immediately

breaching it by not making the Settlement Sum payment as required.

6.       In fact, it was always the understanding between National Union and GE HFS that

the Settlement Agreement would be executed in September with the Settlement Sum delivered

in early October.

7.       Attached hereto as Exhibit A is a series of email communications between John

Hughes, counsel for National Union, and Jeffrey Francis, co-counsel to GE HFS, confirming the

agreement to the settlement arrangement.  On August 24, 2006, Mr. Hughes' emailed Mr.

---

[1] To the extent otherwise undefined herein, each capitalized term shall have the meaning assigned in GE HFS' Emergency Motion to Compel National Union Fire Insurance Company of Pittsburgh, PA to Make Payment Pursuant to Settlement Agreement Together with Attorneys' Fees, Costs and Interest (the "Motion").

{B0573831; 1}

Francis, setting forth the timing of the documentation and the payment, and Mr. Francis' responded as follows:

> Jeff:  Confirming my voicemail message, we have agreed to settle this matter for [ ].  We will put together a settlement agreement for your review.  Since I will be out next week, we won't be able to get that to you until towards the end of the week after Labor Day. As I also mentioned in my voice mail, it takes about a month to get the settlement funds.  Thus, I expect that they will be available in early October.
>
> Best regards,
> John
>
> John:
>
> Sounds fine.  We have a deal.
>
> Jeff

8.      Following numerous telephone calls to Mrs. Hughes, on September 19, 2006, Gayle Ehrlich, co-counsel for GE HFS, emailed Mr. Hughes urging delivery of the Settlement Agreement and informing him that the settlement would be unacceptable unless the documents were executed that week.  Later, the deadline was extended until September 26, 2006.  Attached hereto as Exhibit B is the series of email communications between counsel.

9.      As evidenced by Mr. Hughes' email of August 24, 2006, National Union was aware of the requirement to deliver the executed Settlement Agreement and the Settlement Sum the first week of October 2006, a deadline set as part of the negotiations.

10.      Finally, contrary to National Union's assertion, there is no such thing as a waiver by implication, especially when all facts contradict the assumptions underlying the asserted implication.  GE HFS at all times insisted upon a timely delivery of the Settlement Agreement and Settlement Sum.

{B0573831; 1}

11.    In the event the Court grants GE HFS legal fees and interest, GE HFS will file

under seal a statement of the amount of the Settlement Sum and such other information as it

may be directed to allow for the calculation of interest and legal fees.

12.    GE HFS withdraws its request for a hearing and requests the Court rule upon the

papers.

WHEREFORE, GE HFS respectfully requests the Court grant the Motion and such

further and additional relief as this Court may deem just and proper.

Respectfully submitted,

GE HFS HOLDINGS, INC.,
formerly known as
HELLER HEALTHCARE FINANCE, INC.,


By its attorneys,

/s/ Gayle P. Ehrlich
Gayle P. Ehrlich (BBO # 546861)
Jeffrey E. Francis (BBO # 639944)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, Massachusetts 02109
Tel. No.:  (617) 338-2800
Fax No.:  (617) 338-2880
gehrlich@sandw.com

DATED: November 6, 2006

{B0573831; 1}

# EXHIBIT A

# Ehrlich, Gayle

**From:** Francis, Jeffrey

**Sent:** Monday, November 06, 2006 12:32 PM

**To:** Ehrlich, Gayle

**Subject:** FW: GE HFS

Here is one.

-----Original Message-----

**From:** Hughes, John [mailto:JHughes@eapdlaw.com]

**Sent:** Thursday, August 24, 2006 8:12 PM

**To:** Francis, Jeffrey

**Cc:** Ehrlich, Gayle

**Subject:** RE: GE HFS

Great.

   Best regards.

**John D. Hughes**

Partner

Edwards Angell Palmer & Dodge LLP

111 Huntington Avenue

Boston, MA  02199

Direct  617 951.3373

Fax  888 325.9109

www.eapdlaw.com

**From:** Francis, Jeffrey [mailto:jfrancis@sandw.com]

**Sent:** Thursday, August 24, 2006 5:25 PM

**To:** Hughes, John

**Cc:** Ehrlich, Gayle

**Subject:** RE: GE HFS

John:

   Sounds fine.  We have a deal.

Jeff

        -----Original Message-----

        **From:** Hughes, John [mailto:JHughes@eapdlaw.com]

        **Sent:** Thursday, August 24, 2006 3:22 PM

        **To:** Francis, Jeffrey

        **Subject:** GE HFS

        Jeff:  Confirming my voicemail message, we have agreed to settle this matter for        We will put together a settlement agreement for your review.  Since I will be out next week, we won't be able to get that to you until towards the end of the week after Labor Day.   As I also mentioned in my voice mail, it takes about a month to get the settlement funds.  Thus, I expect that they will be available in early October.

Best regards.
John

**John D. Hughes**
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02199

Direct 617 951.3373
Fax 888 325.9109

www.eapdlaw.com

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London
(Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.

This message is intended to be confidential and may be legally privileged. It is intended solely for the addressee. If you are not the intended recipient, please delete this message from your system and notify us immediately. Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice. Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties. Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code. Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

11/6/2006

# EXHIBIT B

**Ehrlich, Gayle**

| | |
|---|---|
| **From:** | Hughes, John [JHughes@eapdlaw.com] |
| **Sent:** | Friday, September 29, 2006 9:25 AM |
| **To:** | Ehrlich, Gayle |
| **Subject:** | RE: Heller vs. National Union |

```
Gayle:  I called my contact.  She is going to try to reach her boss.
     Best regards.
     John


John D. Hughes
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Direct  617 951.3373
Fax  888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Ehrlich, Gayle [mailto:gehrlich@sandw.com]
Sent: Friday, September 29, 2006 8:59 AM
To: Hughes, John
Subject: Re: Heller vs. National Union


That is unacceptable. This is to be wrapped up today.
What would you suggest?
I

Gayle P. Ehrlich
Attorney at Law

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2453
F 617 338 2880
gehrlich@sandw.com
www.sandw.com

BOSTON    NEW YORK    WASHINGTON, DC


-----Original Message-----
From: Hughes, John
To: Ehrlich, Gayle
CC: Francis, Jeffrey
Sent: Fri Sep 29 08:55:22 2006
Subject: RE: Heller vs. National Union

Hi Gayle:  My contact at AIG is out today.  She will be in all day
Monday.  I'm confident that we will be able to wrap this then.
     Best regards.
     John


John D. Hughes
```

1

Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA   02199

Direct  617 951.3373
Fax   888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Ehrlich, Gayle [mailto:gehrlich@sandw.com]
Sent: Thursday, September 28, 2006 3:17 PM
To: Hughes, John
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union



John,

We find the document acceptable with the following revisions:

       We have revised the draft you forwarded to reflect these
changes.

Attached you will find: a redline version of the further revised
agreement, a clean copy, and GE's signature to the further revised
agreement which is provided conditioned upon my receipt of National
Union's signature to the agreement by 11:00 a.m. tomorrow.  We would of
course appreciate receiving the signature at your client's earliest
convenience.

Regards,

Gayle




-----Original Message-----
From: Hughes, John [mailto:JHughes@eapdlaw.com]
Sent: Thursday, September 28, 2006 10:20 AM
To: Hughes, John; Ehrlich, Gayle
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union


Hi Gayle:  Attached is a revised draft of the settlement agreement that
contains

                      If these modifications are acceptable to GE, then
AIG will agree to the other changes you made.  Put differently, AIG
agrees to the terms of the settlement agreement as attached to this
message.
       As soon as you tell me that this draft is acceptable to GE as
well, I'll get you a clean copy for signature and have a copy signed by
my client.
       Best regards.
       John

2

John D. Hughes
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Direct  617 951.3373
Fax  888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Hughes, John
Sent: Wednesday, September 27, 2006 1:09 PM
To: 'Ehrlich, Gayle'
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union

Gayle:  My contact at AIG has been out on the west coast yesterday and
today tied up in a mediation.  She understands that you need to know
what issues with respect to the agreement are on the table.  I will
follow up with her first thing tomorrow morning when she returns to her
office.
        Best regards.
        John


John D. Hughes
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Direct  617 951.3373
Fax  888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Ehrlich, Gayle [mailto:gehrlich@sandw.com]
Sent: Tuesday, September 26, 2006 4:12 PM
To: Hughes, John
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union


John,

Following up on my messages of last week and our discussion of
yesterday, we need to have the papers completed ASAP. Please let me know
what the outstanding issues might be.

Thanks,

Gayle

-----Original Message-----
From: Hughes, John [mailto:JHughes@eapdlaw.com]
Sent: Tuesday, September 19, 2006 6:35 PM
To: Ehrlich, Gayle
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union

**Ehrlich, Gayle**

| | |
|---|---|
| **From:** | Ehrlich, Gayle |
| **Sent:** | Tuesday, September 26, 2006 4:12 PM |
| **To:** | 'Hughes, John' |
| **Cc:** | Francis, Jeffrey |
| **Subject:** | RE: Heller vs. National Union |

John,

Following up on my messages of last week and our discussion of yesterday, we need to have the papers completed ASAP. Please let me know what the outstanding issues might be.

Thanks,

Gayle


-----Original Message-----
From: Hughes, John [mailto:JHughes@eapdlaw.com]
Sent: Tuesday, September 19, 2006 6:35 PM
To: Ehrlich, Gayle
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union


Gayle:  As it so happens, we are sending out our own draft to our client tonight and should have our proposed draft to you by the end of this week. This should enable us to get the Agreement executed next week.
     Best regards.
     John


John D. Hughes
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA  02199

Direct  617 951.3373
Fax  888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Ehrlich, Gayle [mailto:gehrlich@sandw.com]
Sent: Tuesday, September 19, 2006 4:19 PM
To: Hughes, John
Cc: Francis, Jeffrey
Subject: Heller vs. National Union


John,

Attached you will find a form of settlement agreement in this matter, which is provided to you subject to our client's review and comment.

 <<Heller Settlement as Sent (B0555974).DOC>> We have waited a couple of weeks for you to provide your draft to us and in the interest of finalizing the settlement are providing you with the attached draft.  We understand that you have a full schedule and mean you no disrespect.

It is necessary to our client's interest that settlement documentation

1

**Ehrlich, Gayle**

| | |
|---|---|
| **From:** | Ehrlich, Gayle |
| **Sent:** | Wednesday, September 20, 2006 11:57 AM |
| **To:** | 'Hughes, John' |
| **Cc:** | Francis, Jeffrey |
| **Subject:** | RE: Heller vs. National Union |

John,

There was every expectation based on the schedule you set in August that the settlement documentation would have been completed by now.  Your office was to provide the settlement documents the first week of September.  Please be aware that the settlement proposal is only acceptable if the documents are signed and delivered to Heller no later than close of business on Tuesday, September 26th. Otherwise, Heller will immediately pursue the litigation with full vigor.

With this schedule in mind, I would strongly urge you to provide us with your proposed documents as soon as possible, but not later than this Friday morning. Please confirm your ability to meet this schedule. Thank you for your anticipated cooperation.

Gayle

--Original Message-----
From: Hughes, John [mailto:JHughes@eapdlaw.com]
Sent: Tuesday, September 19, 2006 6:35 PM
To: Ehrlich, Gayle
Cc: Francis, Jeffrey
Subject: RE: Heller vs. National Union


Gayle:  As it so happens, we are sending out our own draft to our client tonight and should have our proposed draft to you by the end of this week. This should enable us to get the Agreement executed next week.
        Best regards.
        John


John D. Hughes
Partner
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA   02199

Direct  617 951.3373
Fax   888 325.9109

www.eapdlaw.com


-----Original Message-----
From: Ehrlich, Gayle [mailto:gehrlich@sandw.com]
Sent: Tuesday, September 19, 2006 4:19 PM
To: Hughes, John
Cc: Francis, Jeffrey
Subject: Heller vs. National Union


John,

Attached you will find a form of settlement agreement in this matter, which is provided to you subject to our client's review and comment.

1

be executed this week.

Please review the attached and provide us with your comments as soon as humanly possible.

Thank you,

Gayle


Gayle P. Ehrlich
Attorney at Law

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

T 617 338 2453
F 617 338 2880
M 617 416 3063
gehrlich@sandw.com
www.sandw.com

BOSTON    NEW YORK    WASHINGTON, DC


This message is intended to be confidential and may be legally privileged.  It is intended solely for the addressee.  If you are not the intended recipient, please delete this message from your system and notify us immediately.  Any disclosure, copying, distribution or action taken or omitted to be taken by an unintended recipient in reliance on this message is prohibited and may be unlawful.

Communications from our firm may contain or incorporate federal tax advice.  Under recently promulgated US Internal Revenue Service (IRS) standards, we are required to inform you that only formal, written tax opinions meeting IRS requirements may be relied upon by taxpayers for the purpose of avoiding tax-related penalties.  Accordingly, this communication is not intended or written to be used, and it cannot be used, for the purpose of avoiding tax-related penalties under the Internal Revenue Code.  Please contact a member of our law firm's Tax Department if you require a formal, written tax opinion that satisfies applicable IRS requirements, or if you have any other questions regarding federal tax advice.

Boston, Ft. Lauderdale, Hartford, New York, Providence, Short Hills, Stamford, West Palm Beach, Wilmington, London (Representative office)

Disclosure Under IRS Circular 230: Edwards Angell Palmer & Dodge LLP informs you that any tax advice contained in this communication, including any attachments, was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE
This e-mail message from Edwards Angell Palmer & Dodge LLP is intended only for the individual or entity to which it is addressed. This e-mail may contain information that is privileged, confidential and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it.