UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| And | ) ) | |
| MICHAEL INGOLDSBY, | ) ) | |
| Intervenor/Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-CV-11128-NG |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANT NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.'S MOTION FOR SUMMARY JUDGMENT AGAINST INTERVENOR-PLAINTIFF MICHAEL INGOLDSBY

Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") submits this Motion for Summary Judgment with respect to the claims asserted by Intervenor-Plaintiff Michael Ingoldsby ("Mr. Ingoldsby") in his First Amended Complaint in Intervention (the "Intervenor Complaint").

For the reasons set forth in the Memorandum of Law filed herewith, this Court should grant National Union's Motion for Summary Judgment.

          NATIONAL UNION FIRE INSURANCE
          COMPANY OF PITTSBURGH, PA

          By its attorneys,

Dated: November 9, 2006          /s/ Joey H. Lee
          John D. Hughes (BBO# 243660)
          Joey H. Lee (BBO# 663803)
          EDWARDS ANGELL PALMER
              & DODGE LLP
          111 Huntington Avenue
          Boston, MA 02199
          Tel: (617) 239-0100
          Fax: (617) 227-4420

## CERTIFICATE OF SERVICE

I, Joey H. Lee, hereby certify that on this 9th day of November, 2006, I served a copy of the foregoing Motion for Summary Judgment via ECF on Gregory J. Aceto, Johnson & Aceto, P.C., 67 Batterymarch Street, Suite 400, Boston, MA 02110 and Richard E. Heiftez, Tucker, Heifetz & Saltzman, LLP, Three School Street, Boston, MA 02108.

          /s/ Joey H. Lee
          Joey H. Lee