UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a<br>HELLER HEALTHCARE FINANCE, INC.,<br>　　　　　　　　　　Plaintiff<br><br>and<br>MICHAEL INGOLDSBY,<br>　　　　　　　Intervenor / Plaintiff<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY<br>OF PITTSBURGH, PA and<br>INTERNATIONAL INSURANCE GROUP, LTD.,<br>　　　　　　　　　　Defendants | CIVIL ACTION<br>05-CV-11128-NG |

**DEFENDANT INTERNATIONAL INSURANCE GROUP, LTD.'S**
**MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, the defendant, International Insurance Group, Ltd., ("I.I.G.") moves for entry of summary judgment with regard to the claims of Intervenor/Plaintiff Michael Ingoldsby. As grounds for this Motion, I.I.G. states that there are no disputed material facts and that they are entitled to judgment as a matter of law. In support of their Motion, I.I.G. incorporates the attached Statement of Undisputed Material Facts and Memorandum of Law.

　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　International Insurance Group,
　　　　　　　　　　By their Attorneys:

　　　　　　　　　　/s/ Syd A. Saloman
　　　　　　　　　　Syd A. Saloman - BBO #645267
　　　　　　　　　　TUCKER, HEIFETZ & SALTZMAN, LLP
　　　　　　　　　　100 Franklin Street, Suite 801
　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　617-557-9696