

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC.<br>*Formerly known as*<br>HELLER HEALTHCARE FINANCE, INC.,<br>        Plaintiff,<br><br>and<br><br>MICHAEL INGOLDSBY,<br><br>        Intervenor/Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and INTERNATIONAL INSURANCE GROUP, LTD.,<br><br>        Defendants. | CIVIL ACTION No: 05-CV-11128-NG |

**PLAINTIFF-INTERVENOR MICHAEL INGOLDSBY'S OPPOSITION TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH PA'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

   **NOW COMES** the Plaintiff-Intervenor Michael Ingoldsby in the above-entitled action and, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby submits his opposition to the Defendant National Union Fire Insurance Company of Pittsburg, PA's (the "Defendant" or "National Union") Motion for Summary Judgment and his Cross-Motion for Summary Judgment.

In support hereof, the Plaintiff-Intervenor refers to his Memorandum of Law in Opposition to National Union Fire Insurance Company of Pittsburgh, PA's Motion for Summary Judgment and in Support of the Plaintiff-Intervenor's Cross-Motion for Summary Judgment, the Plaintiff-Intervenor's Statement of Disputed Material Facts, the Affidavit of Michael Ingoldsby (the "Ingoldsby Affidavit") and the Affidavit of Gregory J. Aceto, Esq. (the "Aceto Affidavit"), filed contemporaneously herewith.

Based upon the reasons set forth in the Memorandum of Law filed herewith, the Plaintiff-Intervenor respectfully requests that this Honorable Court deny Defendant's Motion for Summary Judgment and allow his Cross-Motion for Summary Judgment.

Respectfully submitted,
MICHAEL INGOLDSBY,
By his attorney,

/s/ Gregory J. Aceto, Esq.
Gregory J. Aceto, Esq.
BBO No. 558556
JOHNSON & ACETO, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888

Dated: November 29, 2006