UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC. *Formerly known as* HELLER HEALTHCARE FINANCE, INC., <br><br>      Plaintiff, <br><br> and <br><br> MICHAEL INGOLDSBY, <br><br>      Intervenor/Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and INTERNATIONAL INSURANCE GROUP, LTD., <br><br>      Defendants. | CIVIL ACTION No: 05-CV-11128-NG |

**PLAINTIFF-INTERVENOR MICHAEL INGOLDSBY'S MOTION FOR LEAVE OF COURT TO FILE A MEMORANDUM OF LAW IN EXCESS OF TWENTY PAGES**

---

**NOW COMES** the Plaintiff-Intervenor Michael Ingoldsby in the above-entitled action and, pursuant to Local Rule 7.1(b)(4), respectfully requests that this Honorable Court allow him to submit a twenty-five (25) page Memorandum of Law.

In support hereof, the Plaintiff-Intervenor states that his Memorandum of Law is both an opposition to National Union's Motion for Summary Judgment and a memorandum of law in support of the Plaintiff-Intervenor's Cross-Motion for Summary Judgment. Rather than filing a separate memorandum of law in support of the Plaintiff-

Intervenor's Cross-Motion, the arguments are consolidated into one brief. As such, the additional five (5) pages are necessary to support the issues set forth in both the opposition and the cross-motion.

**WHEREFORE**, the Plaintiff-Intervenor respectfully requests that this Honorable Court allow him to file a Memorandum of Law in excess of twenty pages.

>Respectfully submitted,
>MICHAEL INGOLDSBY,
>By his attorney,
>
>
>/s/ Gregory J. Aceto, Esq.
>Gregory J. Aceto, Esq.
>BBO No. 558556
>JOHNSON & ACETO, LLP
>67 Batterymarch Street, Suite 400
>Boston, MA 02110
>(617) 728-0888

Dated: November 30, 2006