UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC. *Formerly known as* HELLER HEALTHCARE FINANCE, INC., <br>    Plaintiff, <br><br> and <br><br> MICHAEL INGOLDSBY, <br><br>    Intervenor/Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, and INTERNATIONAL INSURANCE GROUP, LTD., <br><br>    Defendants. | CIVIL ACTION No: 05-CV-11128-NG |

**PLAINTIFF-INTERVENOR MICHAEL INGOLDSBY'S MOTION
FOR LEAVE OF COURT TO FILE A
SUPPLEMENTAL MEMORANDUM OF LAW**
_____

**NOW COMES** the Plaintiff-Intervenor Michael Ingoldsby in the above-entitled action and respectfully requests that this Honorable Court allow him to submit a supplemental Memorandum of Law.

In support hereof, the Plaintiff-Intervenor states that a supplemental Memorandum of Law is necessary to address the issues raised by the Court (Dein, J.) during the hearing on summary judgment, held on December 19, 2006. Specifically, the Plaintiff-Intervenor seeks to more fully address the following: (1) Defendant National

Union Fire Insurance Company of Pittsburgh, PA's duty to consider additional facts beyond the allegations of the complaint when determining coverage; and (2) the numerous ambiguities contained in the Policy. In addition, as indicated by Plaintiff-Intervenor's counsel during oral argument, the transcripts of the Defendant National Union's employees were not available at the time of filing and, as such, this supplement is necessary in order to address issues related to same.

**WHEREFORE**, the Plaintiff-Intervenor respectfully requests that this Honorable Court allow him to file a Supplemental Memorandum of Law.

    Respectfully submitted,
MICHAEL INGOLDSBY,
By his attorney,

/s/ Gregory J. Aceto, Esq.
Gregory J. Aceto, Esq.
BBO No. 558556
JOHNSON & ACETO, LLP
67 Batterymarch Street, Suite 400
Boston, MA 02110
(617) 728-0888

Dated: December 21, 2006