## Certificate of Service

    I, Erin J. Brennan, hereby certify that on this 21st day of December, 2006, the following documents, filed through the ECF system, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants via U.S. First Class Mail:

*      Motion for Leave to File Supplemental Memorandum of Law;
*      Supplemental Memorandum of Law; and
*      Second Affidavit of Gregory J. Aceto.

                                                    /s/ Erin J. Brennan\_\_\_
                                                    Erin J. Brennan