UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| And | ) ) |
| MICHAEL INGOLDSBY, | ) ) |
| Intervenor/Plaintiff, | ) ) |
| v. | ) ) Civil Action No. 05-CV-11128-NG |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., | ) ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw the appearance of Joey H. Lee as counsel for Defendant, National Union Fire Insurance Company of Pittsburgh, PA in the above-referenced proceeding. John D. Hughes, Mary Patricia Cormier, Machua M. Millett and Stephen M. Prignano of Edwards Angell Palmer & Dodge, LLP, will continue to represent Defendant, National Union Fire Insurance Company of Pittsburgh, PA in this action.

Respectfully Submitted,

_____
Joey H. Lee
EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 517-5578

Dated: June 11, 2008

BOS 626386.1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

June 11, 2008                           /s/ Joey H. Lee
                                        Joey H. Lee

BOS 626386.1