UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GE HFS HOLDINGS, INC., f/k/a HELLER HEALTHCARE FINANCE, INC., <br><br>   Plaintiff, <br><br> And <br><br> MICHAEL INGOLDSBY, <br><br>   Intervenor/Plaintiff, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and INTERNATIONAL INSURANCE GROUP, LTD., <br><br>   Defendants. | Civil Action No. 05-CV-11128-NG |

### NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR ENTRY OF SEPARATE FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. Rule 54(b), Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union"), one of two defendants in the above-entitled action, hereby moves for entry of separate final judgment. In support of its Motion, National Union relies upon its Memorandum in Support filed herewith.

For the reasons set forth therein, National Union respectfully requests that this Court make an express determination that there is no just reason for delay and direct entry of a separate

BOS 633893.1

final judgment, in the form attached to the Memorandum in Support as <u>Exhibit A</u>, dismissing all claims against National Union.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

By its attorneys,

Dated: August 21, 2008

/s/ M. Machua Millett
John D. Hughes (BBO# 243660)
M. Machua Millett (BBO# 648574)
EDWARDS ANGELL PALMER
& DODGE LLP
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 239-0100
Fax: (617) 227-4420

## CERTIFICATE OF SERVICE

I, M. Machua Millett, hereby certify that on this 21st day of August, 2008, I served a copy of the foregoing document on counsel of record via ECF.

/s/ M. Machua Millett
M. Machua Millett

BOS 633893.1

- 2 -